IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **MARYANN BRUNO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | **3:17-cv-00086-CDL** |
| ) | |
| **GREENE COUNTY SCHOOLS,** ) | |
| **GREENE COUNTY BOARD OF** ) | |
| **EDUCATION and UNION POINT** ) | |
| **STEAM ACADEMY, INC.** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL

COME NOW all parties to the above-styled case, and pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), stipulate that all claims against Defendant Union Point STEAM Academy, Inc. ("UPSA"), are dismissed without prejudice.  Plaintiff and UPSA agree that they will bear their own costs.

This 17th day of August, 2017.


**PEARSON LAW GROUP, LLC**

/s/ Romero Pearson
_____

16 Towne Park Drive          Romero Pearson, Esq.
Lawrenceville, GA 30044      Georgia State Bar No. 355228
Atlanta, Georgia 30339       Attorney for Plaintiff
(770) 277-0272 (telephone)
(770) 277-0273 (facsimile)
plg@pearsonlawgroup.com

1

**BUCKLEY CHRISTOPHER, P.C.**

/s/ Taylor W. Hensel

TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
2970 Clairmont Road NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230 (telephone)
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
thensel@bchlawpc.com

TAYLOR W. HENSEL
Georgia State Bar No. 572754
Attorneys for Defendant Union Point STEAM Academy, Inc.

**HARBEN, HARTLEY & HAWKINS, LLP**

/s/ Hieu M. Nguyen

HIEU M. NGUYEN
Georgia State Bar No. 382526
340 Jesse Jewell Parkway, Suite 750
Gainesville, Georgia 30501
(770) 534-7341
(770) 532-0399 (facsimile)
hnguyen@hhhlawyers.com

Attorney for Defendants Greene County Schools and Greene County Board of Education